UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNEST CALVINO JR.,

                     Plaintiff,

          -against-

ANDREA NAVARRO; HECTOR NAVARRO;
BERNADINO ESCALERA; ROSA CIRINO;
MIGUEL SOSA,

                    Defendants.

20-CV-0870 (CM)

CIVIL JUDGMENT

Pursuant to the order issued February 4, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under

28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

Dated:    February 4, 2020
          New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge